JUNE 7, 1945

**No. 50246.**——Protest 115605–K of Gimbel Bros., Inc. Plaintiff's application for rehearing granted.